IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 23-cv-01888-PAB
(Bankruptcy No. 22-12455-TBM, Chapter 13)

In re:

CHRISTOPHER PATRICK BOYD,

    Debtor.
_____

CHRISTOPHER PATRICK BOYD,

    Appellant,
v.

HEMP RECOVERY COMPANY, LLC,

    Appellee.

---

## ORDER TRANSFERRING CASE
---

    Pursuant to D.C.COLO.LCivR 40.1(a), it is

    **ORDERED** that this matter is transferred to Senior Judge Robert E. Blackburn.

It is further

    **ORDERED** that all future filings in this case shall be docketed under Civil Case No. 23-cv-01888-REB.

    DATED February 29, 2024.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              Chief United States District Judge